PROB 12C
(7/93)



# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Albert Twitty

**Docket Number:** 03-00783-001
**PACTS Number:** 35141

**Name of Sentencing Judicial Officer:** HONORABLE Dickinson R. Debevoise

**Date of Original Sentence:** 04/12/2004

**Original Offense:** Firearms, Unlawful Possession

**Original Sentence:** 40 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release

**Date Supervision Commenced:** 5/31/06

**Assistant U.S. Attorney:** Ronnell Wilson, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** K. Anthony Thomas, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

===========================================================================

## PETITIONING THE COURT

[ X ]  To issue a warrant
[   ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office. The defendant shall take medication as prescribed and allow the U.S. Probation Office to monitor his medication intake.**'<br><br>On June 25, 2008, the offender was terminated from the Community Psychiatric Institute (CPI), a mental health treatment program, due to his noncompliance. Twitty failed to take his psychiatric medication as prescribed and his mental health was rapidly deteriorating. Twitty was then referred to East Orange General Hospital Behavioral Health for on-going treatment. The offender has not complied with the new program nor has he taken his psychiatric medication as prescribed. |

I declare under penalty of perjury that the foregoing is true and correct.

By:  Donna W. Shaw
      Senior U.S. Probation Officer

Date:  8/8/08

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer


_____
Date